UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN NICHOLAS IANNUZZI,

        Plaintiff,

- against -

WENZHAO LU, ET AL.,

        Defendants.

22-cv-911 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2022.

SO ORDERED.

Dated:  New York, New York
       March 31, 2022

                                  _____
                                  John G. Koeltl
                                  United States District Judge