UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN NICHOLAS IANNUZZI,
                 Plaintiff,

                                                               22 civ 911 (JGK)

    -against-

WENZHAO LU, et al.,
                 Defendants.
-----------------------------------------------------------------X

## ORDER

A pre-motion conference in this matter is scheduled for **Wednesday, April 20, 2022, at 12:00pm. Dial-in: 888 363-4749. Access code: 8140049.** All deadlines are stayed pending the conference. The clerk shall close Document 6 as a letter motion.

**SO ORDERED.**

                                                                **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 11, 2022