UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN NICHOLAS IANNUZZI,

        Plaintiff,

  - against -

WENZHAO LU,

        Defendant.

---

22-cv-911 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the defendant's motion to dismiss is due by June 20, 2022. The plaintiff's response is due by July 8, 2022. The defendant's reply is due by July 19, 2022.

SO ORDERED.

Dated:    New York, New York
            June 1, 2022

                                          _____
                                            John G. Koeltl
                                          United States District Judge