UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN NICHOLAS IANNUZZI,

                Plaintiff,

- against -

WENZHAO LU,

                Defendant.

22-cv-911 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On July 1, 2022, the defendant filed a motion to dismiss the plaintiff's fourth cause of action. ECF No. 32. On July 7, 2022, the plaintiff advised the Court that the plaintiff consents to the dismissal of the plaintiff's fourth cause of action and requested that the Court enter an order dismissing the plaintiff's fourth cause of action. ECF No. 36. Accordingly, the defendant's motion to dismiss is **granted** and the plaintiff's fourth cause of action is **dismissed**. The Clerk is directed to close Docket No. 32.

SO ORDERED.

Dated:    New York, New York
            July 8, 2022

                                        John G. Koeltl
                                  United States District Judge