```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN NICHOLAS IANNUZZI,

        Plaintiff,

-against-

WENZHAO LU,

        Defendant.

22-CV-911 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at yesterday's status conference, it is hereby ORDERED as follows:

1. To the extent plaintiff's status update letter (Dkt. 60) can be construed as a letter-motion to compel discovery, that motion is DENIED without prejudice. Any further letter-motions to compel fact discovery from either party shall be filed no later than **February 10, 2023**, and must comply with Fed. R. Civ. P. 37(a), Local Civ. R. 37.2, and Moses Ind. Prac. § 2(b).

2. The parties shall file a joint settlement status update letter no later than **February 10, 2023,** advising the Court as to the progress of settlement discussions to date and whether they wish to schedule to a formal settlement conference before the Court.

Dated:  New York, New York
         February 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**