UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN NICHOLAS IANNUZZI,

        Plaintiff,

-against-

WENZHAO LU,

        Defendant.

22-CV-911 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference, defendant Wenzhao Lu will be given a final opportunity to comply with this Court's Order dated February 21, 2023 (Dkt. 66), and plaintiff John Iannuzzi will be given an opportunity to reopen defendant's deposition for the purpose of monitoring such compliance. To that end, it is hereby ORDERED that:

1. No later than **May 9, 2023**, defendant shall (a) further supplement his written responses to Plaintiff's First Request for Production of Documents, in accordance with Fed. R. Civ. P. 34(b)(2), (b) produce all non-privileged documents in his possession, custody, or control, dated or created on or after March 9, 2010, that are responsive to Requests B, D, E, M, and N therein, and (c) serve a privilege log, in compliance with Local Civ. R. 26.2, with respect to any otherwise-responsive documents withheld on privilege grounds.

2. No later than **May 23, 2023**, on a date and at a time and place to be agreed upon by counsel, defendant shall present himself for a further deposition session, limited to (a) questions arising from documents he has produced in accordance with ¶ 1 of this Order, and (b) questions arising from any claimed inability or failure to produce such documents.

3. Fact discovery otherwise closed on March 3, 2023, *see* Rev. Case Management Order (Dkt. 54) ¶ 4, and is extended only for the limited purpose of complying with this Order.

The parties' summary judgment motions (or pre-motion letters with respect to summary judgment) remain due 30 days after the close of fact discovery, *see id*. ¶ 8, that is, **June 22, 2023** (30 days after May 23, 2023).

Dated: New York, New York
April 25, 2023        SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2