UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN NICHOLAS IANNUZZI,

                Plaintiff,

    - against -

WENZHAO LU, ET AL.,

                Defendants.

22-cv-911 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the parties' Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge. ECF No. 75. Because there is no pending summary judgment motion that could be referred to the Magistrate Judge, this Court cannot endorse the reference at this time, but the parties are welcome to renew their request once a motion is filed.

SO ORDERED.

Dated:    New York, New York
           May 16, 2023

                                            John G. Koeltl
                                    United States District Judge