UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN NICHOLAS IANNUZZI,

                    Plaintiff,

-against-

WENZHAO LU,

                    Defendant.

Civil Action No. 22-cv-0911

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that Plaintiff JOHN NICHOLAS IANNUZZI hereby voluntarily dismisses, with prejudice, all claims asserted by Plaintiff against Defendant WENZHAO LU in the above-captioned matter pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that Defendant WENZHAO LU hereby voluntarily dismisses, with prejudice, all counterclaims asserted by Defendant as against Plaintiff JOHN NICHOLAS IANNUZZI in the above-captioned matter pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
July /7/ 2023

_____
Shakira A. Iannuzzi, Esq.
Law Offices of Iannuzzi & Iannuzzi
233 Broadway, Suite 2204
New York, New York 10279
(212) 227-9695 (telephone)

*Attorneys for Plaintiff*

_____
Marc S. Gottlieb
Ortoli Rosenstadt, LLP.
366 Madison Avenue, 3rd Floor
New York, New York 10017
(212) 829-8943 (telephone)

*Attorneys for Defendant*

SO ORDERED:

8/1/23      _____
           U.S.D.J.